[Civ. No. 1253.   Fourth Appellate District.—April 13, 1933.]

GRACE STEFFEY et al., Appellants, v. STANDARD STATIONS, INC. (a Corporation), et al., Respondents.

Karl F. Kennedy for Appellants.

Conley, Conley & Conley for Respondents.

BARNARD, P. J.—▮▮   From the certificate of the county clerk on file herein it appears that notice of appeal was filed on January 21, 1933; that no bill of exceptions has been filed under section 650 of the Code of Civil Procedure; that no transcript has been filed under section 953a of the Code of Civil Procedure; that no request for a transcript under the provisions of section 953a of the Code of Civil Procedure has been filed; that no additional time in which to prepare and serve a bill of exceptions has been allowed; that no proceeding for a bill of exceptions or a transcript is pending in the trial court; and that the time within which a record might be prepared under either method has expired.   Respondents' motion to dismiss should, therefore, be granted (*General Motors etc. Co.* v. *Holman,* 63 Cal. App. 17 [217 Pac. 1086]; *People* v. *Berkeley Chiropractic College,* 103 Cal. App. 139 [283 Pac. 981]; *Union Trust Co. of San Diego* v. *Novotny,* 125 Cal. App. 417 [13 Pac. (2d) 974]).
The appeal is dismissed.

Marks, J., and Jennings, J., concurred.